SLEIGHT *v.* RHINELANDER.  In S. Ct. 1 J. R. 192.
In Ct. of E. 2 J. R. 534.

### Evidence ; What may be Proved by Parol.

ASSUMPSIT on policy of insurance.

In this case the Supreme Court held, that parol evidence was inadmissible to prove what was commonly understood by a term to which it was held that the law had affixed a precise and definite meaning. The term in this case was " sea-letter," as used in a policy of insurance.

The Court of Errors *reversed* the judgment of the Supreme Court, and held that parol evidence was properly admissible to show that the particular paper offered in evidence in the case was also commonly understood to be a sea-letter.

---

JACKSON *v.* VAN ALEN, 8 J. R. 495.
In S. Ct. 5 J. R. 440.

### Evidence as to Construction of Patent.

THE Court of Errors in this case *reversed* the decision of the Supreme Court, upon the question of the admissibility of certain evidence *as to the sense of the parties* in regard to the legal effect of a patent of lands, which that court held inadmissible.

The Court of Errors held, that although the *construction* of a grant is matter of law, yet its *legal effect*, (deducible from the terms used in it, or from matter subsequent which, as showing the *sense of the parties*, may authorize a larger or narrower construction so as to include or exclude particular premises,) is a matter of fact for a jury only to decide.